# Exhibit A

| DISPUTE# | CARRIER | DATE | AMOUNT WON |
|---|---|---|---|
| DISP-107053 | GHI | 12/15/2022 | $ 95,000.00 |
| DISP-181302 | GHI | 2/27/2023 | $ 40,300.00 |
| DISP-181284 | GHI | 3/1/2023 | $ 42,160.00 |
| DISP-103687 | GHI | 12/8/2022 | $ 90,000.00 |
| DISP-157061 | GHI | 2/9/2023 | $ 54,000.00 |
| DISP-163948 | GHI | 2/14/2023 | $ 69,000.00 |
| DISP-163500 | GHI | 1/31/2022 | $ 50,000.00 |
| DISP-86818 | HIP | 11/21/2022 | $ 13,282.00 |
| **DISP-250968** | **GHI** | **8/15/2023** | **$ 59,868.00** |
| **DISP-251008** | **GHI** | **8/17/2023** | **$ 22,410.00** |
| **DISP-259343** | **GHI** | **8/17/2023** | **$ 124,000.00** |
| **DISP-259357** | **GHI** | **8/17/2023** | **$ 55,800.00** |
| **DISP-418694** | **GHI** | **8/16/2023** | **$ 186,000.00** |
| **DISP-193430** | **GHI** | **8/14/2023** | **$ 47,036.10** |
| DISP-267636 | GHI | 11/1/2023 | $ 45,346.64 |
| DISP-280275 | GHI | 11/1/2023 | $ 34,222.99 |
| DISP-396953 | GHI | 11/1/2023 | $ 35,170.51 |
| DISP-396938 | GHI | 11/1/2023 | $ 111,803.70 |
| DISP-396903 | GHI | 11/1/2023 | $ 55,562.92 |
| DISP-512736 | BCBS | 11/1/2023 | $ 63,480.00 |
| DISP-349776 | BCBS | 11/1/2023 | $ 41,400.00 |
| DISP-396915 | GHI | 11/2/2023 | $ 71,630.22 |
| DISP-510766 | HIP | 11/9/2023 | $ 22,673.61 |