AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| NEUROLOGICAL SURGERY PRACTICE OF LONG ISLAND, PLLC <br><br> *Plaintiff(s)* <br> v. <br><br> EMBLEMHEALTH, INC., GROUP HEALTH INCORPORATED, and HEALTH INSURANCE PLAN OF GREATER NEW YORK <br><br> *Defendant(s)* | Civil Action No. 2:23-cv-09188-JMA-LGD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GROUP HEALTH INCORPORATED
55 Water Street
New York, New York 10041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harris Beach, PLLC
333 Earle Ovington Blvd.
Suite 901
Uniondale, New York 11553
516-880-8484
Attn: Roy W. Breitenbach, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 12/20/2023



*Alison Fortunato*
*Signature of Clerk or Deputy Clerk*