Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Debra Bodian Bernstein, *Partner*
Direct Dial: *212-216-8027*
*dbernstein@tarterkrinsky.com*

December 16, 2024

**Via ECF**

The Honorable Lee G. Dunst, U.S.M.J.
United States District Court, E.D.N.Y.
100 Federal Plaza, Courtroom 830
Central Islip, NY 11201

Re: *Neurological Surgery Practice of Long Island, PLLC v. EmblemHealth, Inc. et al.*
Case No. 2:23-cv-09188-JMA-LGD
Request for Entry of Stipulation and Proposed Order

Dear Judge Dunst:

We represent Defendants/Counterclaim-Plaintiffs EmblemHealth, Inc., Group Health Incorporated and Health Insurance Plan of Greater New York in the above-referenced action. We submit this letter to respectfully request entry of the attached stipulation and proposed order, which has been signed by counsel for both sides.

Thank you for your courtesy and consideration of this matter.

Respectfully,

**TARTER KRINSKY & DROGIN LLP**

By: ______________________
Debra Bodian Bernstein

cc: All Counsel of Record via ECF