UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEUROLOGICAL SURGERY PRACTICE OF LONG ISLAND, PLLC,<br><br>Plaintiff,<br><br>-against-<br><br>EMBLEMHEALTH, INC., GROUP HEALTH INCORPORATED and HEALTH INSURANCE,<br><br>Defendants. | Case No. 2:23-CV-09188-JMA-LGD<br><br>**STIPULATION AND ORDER** |

**WHEREAS,** plaintiff Neurological Surgery Practice of Long Island, PLLC ("Plaintiff") has agreed to withdraw the following five (5) claims from this action, which claims are among those listed in Exhibit A attached to Plaintiff's Complaint (a copy of which is attached hereto): DISP-107053; DISP-512736; DISP-349776; DISP-267636; and DISP-86818; and

**WHEREAS,** Plaintiff agrees that the only claims that are the subject of this action are the remaining eighteen (18) claims listed in Exhibit A to the Complaint;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties herein, as follows:

1. The following five (5) claims are hereby withdrawn by Plaintiff from this action and discontinued with prejudice: DISP-107053; DISP-512736; DISP-349776; DISP-267636 and DISP-86818; and

2. The claims that are the subject of this action are limited to the remaining eighteen (18)

claims listed in Exhibit A to the Complaint.

Dated: December 16, 2024

**HARRIS BEACH PLLC**
*Attorneys for Plaintiff*

By: */s/ Roy Breitenbach*_____
Roy Breitenbach, Esq.
333 Earle Ovington Blvd.
Suite 901
Uniondale, NY 11553
Tel.: (516) 880-8378
RBreitenbach@HarrisBeach.com

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*

By: */s/ Debra Bodian Bernstein*
Howard S. Wolfson, Esq.
Debra Bodian Bernstein, Esq.
1350 Broadway
New York, NY 10018
Tel: (212) 216-8000
Facsimile: (212) 216-8001
hwolfson@tarterkrinsky.com
dbernstein@tarterkrinsky.com

SO ORDERED this ______ day of December, 2024.

______________________________
HON. LEE G. DUNST
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# Exhibit A

| DISPUTE# | CARRIER | DATE | AMOUNT WON | |
|---|---|---|---|---|
| DISP-107053 | GHI | 12/15/2022 | $ | 95,000.00 |
| DISP-181302 | GHI | 2/27/2023 | $ | 40,300.00 |
| DISP-181284 | GHI | 3/1/2023 | $ | 42,160.00 |
| DISP-103687 | GHI | 12/8/2022 | $ | 90,000.00 |
| DISP-157061 | GHI | 2/9/2023 | $ | 54,000.00 |
| DISP-163948 | GHI | 2/14/2023 | $ | 69,000.00 |
| DISP-163500 | GHI | 1/31/2022 | $ | 50,000.00 |
| DISP-86818 | HIP | 11/21/2022 | $ | 13,282.00 |
| DISP-250968 | GHI | 8/15/2023 | $ | 59,868.00 |
| DISP-251008 | GHI | 8/17/2023 | $ | 22,410.00 |
| DISP-259343 | GHI | 8/17/2023 | $ | 124,000.00 |
| DISP-259357 | GHI | 8/17/2023 | $ | 55,800.00 |
| DISP-418694 | GHI | 8/16/2023 | $ | 186,000.00 |
| DISP-193430 | GHI | 8/14/2023 | $ | 47,036.10 |
| DISP-267636 | GHI | 11/1/2023 | $ | 45,346.64 |
| DISP-280275 | GHI | 11/1/2023 | $ | 34,222.99 |
| DISP-396953 | GHI | 11/1/2023 | $ | 35,170.51 |
| DISP-396938 | GHI | 11/1/2023 | $ | 111,803.70 |
| DISP-396903 | GHI | 11/1/2023 | $ | 55,562.92 |
| DISP-512736 | BCBS | 11/1/2023 | $ | 63,480.00 |
| DISP-349776 | BCBS | 11/1/2023 | $ | 41,400.00 |
| DISP-396915 | GHI | 11/2/2023 | $ | 71,630.22 |
| DISP-510766 | HIP | 11/9/2023 | $ | 22,673.61 |