

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Debra Bodian Bernstein, *Partner*
Direct Dial: *212-216-8027*
dbernstein@tarterkrinsky.com

April 4, 2025

**Via ECF**

The Honorable Lee G. Dunst, U.S.M.J.
United States District Court, E.D.N.Y.
100 Federal Plaza, Courtroom 830
Central Islip, NY 11201

    Re:    *Neurological Surgery Practice of Long Island, PLLC v. EmblemHealth, Inc. et al.*
             Case No. 2:23-cv-09188-JMA-LGD
             Joint Status Report

Dear Judge Dunst:

    We represent Defendants/Counterclaim-Plaintiffs EmblemHealth, Inc., Group Health Incorporated and Health Insurance Plan of Greater New York ("Defendants") in the above-referenced action. We submit this letter together with counsel for Plaintiff/Counterclaim-Defendant Neurological Surgery Practice of Long Island, PLLC ("Plaintiff") to provide a joint status report, as ordered by Your Honor on March 8, 2025.

    Prior to the March 28, 2025 close of discovery, depositions were taken of witnesses for both sides (on March 19, 25 and 27). Although under no obligation to do so, Defendants have agreed to make one last witness, Alton Janeway, available for deposition, and the parties agreed the deposition will be held remotely on April 11, 2025. There is no other outstanding discovery.

    Defendants intend to request a pre-motion conference with Judge Azrack with respect to filing a motion for summary judgment.

Thank you for your courtesy and consideration of this matter.

        Respectfully,

        **TARTER KRINSKY & DROGIN LLP**
        *Attorneys for Defendants*

        By: */s/ Debra Bodian Bernstein*
            Howard S. Wolfson, Esq.
            Debra Bodian Bernstein, Esq.
            1350 Broadway
            New York, New York 10018
            (212) 216-8000
            hwolfson@tarterkrinsky.com
            dbernstein@tarterkrinsky.com

        **HARRIS BEACH PLLC**
        *Attorneys for Plaintiff*

        By:  */s/ Roy Breitenbach*
            Roy Breitenbach, Esq.
            333 Earle Ovington Blvd.
            Suite 901
            Uniondale, NY 11553
            (516) 880-8378
            RBreitenbach@HarrisBeach.com