# CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 9/23/2025 **(Central Islip)**     TIME: 10:30 AM          TIME IN COURT: 15 min.

CASE:     **Neurological Surgery Practice of Long Island, PLLC v. EmblemHealth, Inc. et al**
          **2:23-cv-09188-JMA-LGD**

**FILED**
**CLERK**

9/23/2025 11:04 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

APPEARANCES:     For Plaintiff: Roy Breitenbach

                 For Defendants: Howard Wolfson

FTR: CISCO

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
- ☒ Case is respectfully referred to Magistrate Judge Dunst for a settlement conference.
- ☐ Bench trial scheduled for   before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
- ☐ A telephone status conference is scheduled for   and will be conducted through the CISCO teleconference center. Counsel shall dial 571-353-2301 and enter access code 279933568 at the prompt. Parties may file a status report prior to the conference.
- ☒ Other: Motion practice held in abeyance.