

The Omni
333 Earle Ovington Blvd, Suite 901
Uniondale, New York 11553
516.880.8484

**Roy W. Breitenbach**
Member
Direct:   516.880.8378
Fax:   516.880.8483
rbreitenbach@harrisbeachmurtha.com

September 30, 2025

VIA ECF

The Hon. Lee G. Dunst
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

RE:   *Neurological Surgery Practice of Long Island v. EmblemHealth*
       Case No. 23-cv-09188-JMA

Dear Judge Dunst:

    We represent the Plaintiff in this lawsuit. The parties have met and conferred, and all stakeholders are available on December 4, 2025, at 11am, for a settlement conference in this matter before Your Honor.

Respectfully,

Roy W. Breitenbach

RWB:

cc:   Howard S. Wolfson, Esq.
      Debra Bodian Bernstein, Esq.
      Christine Vasconcellos, Esq.