

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Debra Bodian Bernstein, *Partner*
Direct Dial: *212-216-8027*
*dbernstein@tarterkrinsky.com*

April 3, 2026

**Via ECF**

The Honorable Lee G. Dunst, U.S.M.J.
United States District Court, E.D.N.Y.
100 Federal Plaza, Courtroom 830
Central Islip, NY 11201

   Re: *Neurological Surgery Practice of Long Island, PLLC v. EmblemHealth, Inc. et al.*
      Case No. 2:23-cv-09188-JMA-LGD
      Joint Status Report

Dear Judge Dunst:

   We represent Defendants/Counterclaim-Plaintiffs EmblemHealth, Inc., Group Health Incorporated and Health Insurance Plan of Greater New York ("Defendants") in the above-referenced action. We submit this letter together with counsel for Plaintiff/Counterclaim-Defendant Neurological Surgery Practice of Long Island, PLLC ("Plaintiff") to provide a joint status report, as directed by Your Honor on January 13, 2026.

   Pursuant to Your Honor's January 13, 2026 Order and the parties' agreement, this case has been stayed pending a decision by the Second Circuit in *East Coast Advanced Plastic Surgery, LLC v. Cigna Health & Life Ins. Co.*, 25-2204-cv (2d Cir. 2025). We understand that the appeal has now been fully briefed, with the reply brief having been filed with the Second Circuit on March 27, 2026, and that the parties have requested oral argument. There has been no decision yet. We are continuing to monitor the appeal.

Thank you for your courtesy and consideration of this matter.

Respectfully,

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*

By: */s/ Debra Bodian Bernstein*
    Howard S. Wolfson, Esq.
    Debra Bodian Bernstein, Esq.
    1350 Broadway
    New York, New York 10018
    (212) 216-8000
    hwolfson@tarterkrinsky.com
    dbernstein@tarterkrinsky.com

**HARRIS BEACH PLLC**
*Attorneys for Plaintiff*

By: */s/ Roy Breitenbach*
    Roy Breitenbach, Esq.
    333 Earle Ovington Blvd.
    Suite 901
    Uniondale, NY 11553
    (516) 880-8378
    RBreitenbach@HarrisBeach.com