

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Debra Bodian Bernstein, *Partner*
Direct Dial: *212-216-8027*
*dbernstein@tarterkrinsky.com*

July 10, 2026

**Via ECF**

The Honorable Lee G. Dunst, U.S.M.J.
United States District Court, E.D.N.Y.
100 Federal Plaza, Courtroom 830
Central Islip, NY 11201

> Re:  *Neurological Surgery Practice of Long Island, PLLC v. EmblemHealth, Inc. et al.*
> Case No. 2:23-cv-09188-JMA-LGD
> Joint Status Report

Dear Judge Dunst:

We represent Defendants/Counterclaim-Plaintiffs EmblemHealth, Inc., Group Health Incorporated and Health Insurance Plan of Greater New York ("Defendants") in the above-referenced action. We submit this letter together with counsel for Plaintiff/Counterclaim-Defendant Neurological Surgery Practice of Long Island, PLLC ("Plaintiff") to provide a joint status report, as directed by Your Honor on April 6, 2026.

Pursuant to Your Honor's January 13, 2026 Order and the parties' agreement, this case has been stayed pending a decision by the Second Circuit in *East Coast Advanced Plastic Surgery, LLC v. Cigna Health & Life Ins. Co.*, 25-2204-cv (2d Cir. 2025). The appeal was fully briefed and oral argument was held before the Second Circuit on June 17, 2026. There has been no decision yet, and we are continuing to monitor for the decision.

Thank you for your courtesy and consideration of this matter.

Respectfully,

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*

By: */s/ Howard S. Wolfson*
     Howard S. Wolfson, Esq.
     Debra Bodian Bernstein, Esq.
     1350 Broadway
     New York, New York 10018
     (212) 216-8000
     hwolfson@tarterkrinsky.com
     dbernstein@tarterkrinsky.com

**HARRIS BEACH PLLC**
*Attorneys for Plaintiff*

By: */s/ Roy Breitenbach*
     Roy Breitenbach, Esq.
     333 Earle Ovington Blvd.
     Suite 901
     Uniondale, NY 11553
     (516) 880-8378
     RBreitenbach@HarrisBeach.com